

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HIBERNIA ENERGY III, LLC, | § | No. 08-21-00092-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th Judicial District Court |
| FERAE NATURAE, LLC, | § | of Reagan County, Texas |
| Appellee. | § | (TC# CV02322) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. We affirm the trial court's final judgment granting summary judgment on Appellee's request to foreclose on its judgment lien on the Branch Lease, and its order directing the sale of Appellant's interest in that lease. We remand the matter to the district court with directions to modify its final judgment and order of sale: (1) to reflect that Appellee has settled its dispute with TRP Midland, LLC; (2) to omit the language from the order of sale directing the sheriff or constable to execute on other property belonging to the judgment debtors in satisfaction of the underlying judgment;, and (3) to delineate the judgment debtors' respective interests in the Branch Lease, to ensure that they receive the appropriate amount of credit on the underlying judgment to which they are entitled.

We further order that Appellee recover from Appellant and its sureties, if any, for performance of the judgment and all costs of appeal, for which let execution issue. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 20TH DAY OF DECEMBER, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.